```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 30603
   DEBRA RAMOS BOYAS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-9339

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 08/18/2004 and was confirmed 10/27/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  36.00%.

      The case was paid in full 10/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
ARONSON FURNITURE           SECURED             637.00         54.55        637.00
ARONSON FURNITURE           UNSECURED           210.73           .00         75.86
CITY OF CHICAGO WATER DE    SECURED             466.80         40.88        466.80
COOK COUNTY TREASURER       SECURED                .00           .00           .00
KLUEVER & PLATT             NOTICE ONLY     NOT FILED            .00           .00
SELECT PORTFOLIO SERVICI    CURRENT MORTG        .00             .00           .00
SELECT PORTFOLIO SERVICI    MORTGAGE ARRE   28198.14            .00      28198.14
HOUSEHOLD FINANCE           NOTICE ONLY     NOT FILED            .00           .00
FORD MOTOR CREDIT           NOTICE ONLY     NOT FILED            .00           .00
CAPITAL ONE SERVICES        UNSECURED       NOT FILED            .00           .00
CAPITAL ONE  SERVICES       UNSECURED       NOT FILED            .00           .00
CAPITAL ONE                 NOTICE ONLY     NOT FILED            .00           .00
NEWPORT NEWS                UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP       UNSECURED          2451.52           .00         882.55
PROVIDIAN                   UNSECURED       NOT FILED            .00           .00
PROVIDIAN                   UNSECURED       NOT FILED            .00           .00
SLMA TRUST                  FILED LATE      24031.87             .00           .00
SUDHIR M GOKHALE MD         UNSECURED       NOT FILED            .00           .00
*MACEY CHERN & DIAB         DEBTOR ATTY      2,200.00                       2,200.00
TOM VAUGHN                  TRUSTEE                                         2,045.22
DEBTOR REFUND               REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                34,601.00

PRIORITY                                              .00
SECURED                                         29,301.94
    INTEREST                                        95.43
UNSECURED                                          958.41

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 30603 DEBRA RAMOS BOYAS
```

```
ADMINISTRATIVE                                              2,200.00
TRUSTEE COMPENSATION                                        2,045.22
DEBTOR REFUND                                                    .00
                                 ---------------    ---------------
TOTALS                                 34,601.00          34,601.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```